UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 18 - 14565 |
| Karen L. Lett | : | (Chapter 13) |
| Debtor. | : | |
|  | : | Hon. Jean K. FitzSimon |
|  | : | |

## PRAECIPE TO CHANGE DEBTOR'S ADDRESS

To The Clerk:

  Please amend your records to reflect that Debtor's mailing address has changed to the following:

    Karen L. Lett
    3 Tollgate Court
    Sicklerville, NJ  08081-5669.

    Respectfully submitted,

    /s/ Ronald G. McNeil
    Ronald G. McNeil, Esquire
    Attorney for Debtor
    DATE: July 26, 2018