UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 18 - 14565 |
| Karen L. Lett | : | (Chapter 13) |
| Debtor. | : | |
|  | : | Hon. Jean K. FitzSimon |
|  | : | |

## CERTIFICATE OF NO RESPONSE

Pursuant to Local Rule 2016-1(c) of the Federal Rules for Bankruptcy Procedure for the Eastern District of Pennsylvania, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Counsel Application for Counsel Fees was served upon all interested parties via electronic means, via hand delivery and/or via first class postage prepaid on July 26, 2018, that more than twenty-one (21) days have past since the service of this notice, and that no answer and/or objection has been filed.

Respectfully submitted,

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: November 10, 2018
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
r.mcneil1@verizon.net