**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Karen L. Lett<br>　　　　　　Debtor<br><br>CARISBROOK ASSET HOLDING TRUST<br>　　　　v.<br>Karen L. Lett<br>　　　　and<br>Scott Waterman<br>　　　　Trustee | Chapter 13<br><br>NO. 18-14565 JKF |

## ORDER

AND NOW, this 8th day of July, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 19, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow CARISBROOK ASSET HOLDING TRUST and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 7528 Fayette Street Philadelphia, PA 19150.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Karen L. Lett
7528 Fayette Street
Philadelphia, PA 19150

Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Ronald G. McNeil Esq.
1333 Race Street (VIA ECF)
Philadelphia, PA 19107-1585

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532