UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 18 - 14565 |
| Karen L. Lett | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Jean K. FitzSimon |
|  | : |  |

# ORDER

AND NOW, this 22nd day of August, 2019, upon consideration of Debtor's Attorney Application for Allowance of Counsel Fees, and any responses thereto, it is hereby ORDERED that

a) Debtor's Attorney Application for Allowance of Counsel Fees is GRANTED;

b) Compensation is ALLOWED in favor of Applicant in the amount of $3,000.00 for his services and of $0.00 for un-reimbursed expenses; and

c) The Chapter 13 Trustee is authorize to distribute to Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b), and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in section (b) less $0.00 which was paid by Debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

_Jean K. FitzSimon_

Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Karen L. Lett
Debtor's Attorney: Ronald G. McNeil, Esquire
Interim Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditors: