United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14565-jkf
Karen L. Lett                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 1           Date Rcvd: Aug 22, 2019
                            Form ID: 155             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
db             Karen L. Lett,    3 Tollgate Court,    Sicklerville, NJ  08081-5669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                              Signature:  /s/Joseph Speetjens

───────────────────────────────────────────────────────────────────────────────

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor BANKRUPTCY GROUP, MS   CITY OF PHILADELPHIA LAW
               DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov,   karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Carisbrook Asset Holding Trust
               bkgroup@kmllawgroup.com
              RONALD G. MCNEIL    on behalf of Debtor Karen L. Lett r.mcneil1@verizon.net
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Karen L. Lett
    Debtor(s)

Chapter: 13
Bankruptcy No: 18−14565−jkf

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 21, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Jean K. FitzSimon
    Judge ,
    United States Bankruptcy Court

68
Form 155