United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Karen L. Lett  
    Debtor

Case No. 18-14565-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Aug 23, 2019  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2019.  
db         Karen L. Lett,    3 Tollgate Court,    Sicklerville, NJ   08081-5669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2019 at the address(es) listed below:

       KEVIN G. MCDONALD    on behalf of Creditor    Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com  
       PAMELA ELCHERT THURMOND    on behalf of Creditor BANKRUPTCY GROUP, MS   CITY OF PHILADELPHIA LAW DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov,   karena.blaylock@phila.gov  
       REBECCA ANN SOLARZ    on behalf of Creditor    Carisbrook Asset Holding Trust    bkgroup@kmllawgroup.com  
       RONALD G. MCNEIL    on behalf of Debtor Karen L. Lett r.mcneil1@verizon.net  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com

                                                                                                                          TOTAL: 7

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 18 - 14565 |
| Karen L. Lett | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Jean K. FitzSimon |
|  | : |  |

## ORDER

AND NOW, this <sup>22nd</sup> day of August, 2019, upon consideration of Debtor's Attorney Application for Allowance of Counsel Fees, and any responses thereto, it is hereby ORDERED that

a) Debtor's Attorney Application for Allowance of Counsel Fees is GRANTED;

b) Compensation is ALLOWED in favor of Applicant in the amount of $3,000.00 for his services and of $0.00 for un-reimbursed expenses; and

c) The Chapter 13 Trustee is authorize to distribute to Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b), and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in section (b) less $0.00 which was paid by Debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Karen L. Lett
Debtor's Attorney: Ronald G. McNeil, Esquire
Interim Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditors: