Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 18-14565-AMC

KAREN L LETT  
3 TOLLGATE COURT  
SICKLERVILLE  NJ    08081-5669

Petition Filed Date: 07/10/2018  
341 Hearing Date: 09/07/2018  
Confirmation Date: 08/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/26/2019 | $139.50 | 25770908643 | 03/26/2019 | $139.50 | 25770908665 | 04/12/2019 | $140.00 | 25715637156 |
| 05/22/2019 | $140.00 | 25919447275 | 07/31/2019 | $150.00 | 25736746318 | 09/20/2019 | $150.00 | 26073487462 |
| 10/30/2019 | $150.00 | 26122226635 | 03/24/2020 | $350.00 | 26635703951 | 04/28/2020 | $150.00 | 26481954701 |
| 04/28/2020 | $300.00 | 26234348714 | 05/13/2020 | $150.00 | 26481968774 | | | |

**Total Receipts for the Period: $1,959.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,005.68**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $417.70 | $0.00 | $417.70 |
| 4 | AT&T CORPORATION »» 004 | Unsecured Creditors | $1,330.09 | $0.00 | $1,330.09 |
| 1 | CAPITAL ONE AUTO FINANCE »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 03P | Priority Crediors | $3,265.76 | $648.75 | $2,617.01 |
| 3 | PA DEPARTMENT OF REVENUE »» 03U | Unsecured Creditors | $215.37 | $0.00 | $215.37 |
| 11 | EDUCATIONAL CREDIT MGMT CORP »» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CITY OF PHILADELPHIA (LD) »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD) »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CITY OF PHILADELPHIA (LD) »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | ROUNDPOINT MORTGAGE SERVICING CORP »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | STATE OF NEW JERSEY »» 006 | Priority Crediors | $275.82 | $54.79 | $221.03 |
| 7 | RONALD G MC NEIL, ESQ »» 007 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

Chapter 13 Case No. 18-14565-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,005.68 | Current Monthly Payment: | $142.59 |
| Paid to Claims: | $3,703.54 | Arrearages: | $596.26 |
| Paid to Trustee: | $302.14 | Total Plan Base: | $9,450.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.