| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-14565-AMC

KAREN L LETT  
3 TOLLGATE COURT  
SICKLERVILLE  NJ    08081-5669

Petition Filed Date: 07/10/2018  
341 Hearing Date: 09/07/2018  
Confirmation Date: 08/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2021 | $450.00 | 27323709467 | 06/02/2021 | $450.00 | 27323728716 | 06/16/2021 | $150.00 | 27323736276 |
| 07/26/2021 | $150.00 | | 08/23/2021 | $150.00 | | 09/23/2021 | $150.00 | |
| 10/25/2021 | $150.00 | | 11/23/2021 | $150.00 | | 12/23/2021 | $150.00 | |
| 01/25/2022 | $150.00 | | | | | | | |

Total Receipts for the Period: $2,100.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,594.53

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $417.70 | $93.60 | $324.10 |
| 4 | AT&T CORPORATION<br>»» 004 | Unsecured Creditors | $1,330.09 | $298.07 | $1,032.02 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Crediors | $3,265.76 | $3,265.76 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $215.37 | $48.26 | $167.11 |
| 11 | EDUCATIONAL CREDIT MGMT CORP<br>»» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | STATE OF NEW JERSEY<br>»» 006 | Priority Crediors | $275.82 | $275.82 | $0.00 |
| 7 | RONALD G MC NEIL, ESQ<br>»» 007 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

**Chapter 13 Case No. 18-14565-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,594.53 | Current Monthly Payment: | $142.59 |
| Paid to Claims: | $6,981.51 | Arrearages: | $286.98 |
| Paid to Trustee: | $613.02 | Total Plan Base: | $9,450.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.