| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-14565-AMC

KAREN L LETT
3 TOLLGATE COURT
SICKLERVILLE NJ    08081-5669

Petition Filed Date: 07/10/2018
341 Hearing Date: 09/07/2018
Confirmation Date: 08/21/2019

Case Status: Completed on 7/31/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/31/2022 | $150.00 | | 10/31/2022 | $300.00 | | 11/30/2022 | $150.00 | |
| 12/30/2022 | $150.00 | | 01/30/2023 | $150.00 | | 03/01/2023 | $150.00 | |
| 03/29/2023 | $150.00 | | 05/01/2023 | $150.00 | | 05/30/2023 | $150.00 | |
| 06/29/2023 | $150.00 | | 07/31/2023 | $150.00 | | | | |

**Total Receipts for the Period: $1,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,394.53**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $417.70 | $415.63 | $2.07 |
| 4 | AT&T CORPORATION<br>»» 004 | Unsecured Creditors | $1,330.09 | $1,323.50 | $6.59 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Crediors | $3,265.76 | $3,265.76 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $215.37 | $199.33 | $16.04 |
| 11 | EDUCATIONAL CREDIT MGMT CORP<br>»» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | STATE OF NEW JERSEY<br>»» 006 | Priority Crediors | $275.82 | $275.82 | $0.00 |
| 7 | RONALD G MC NEIL, ESQ<br>»» 007 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

Chapter 13 Case No. 18-14565-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $9,394.53 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $8,480.04 | Arrearages: | $0.00 |
| Paid to Trustee: | $763.02 | Total Plan Base: | $9,450.00 |
| Funds on Hand: | $151.47 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.