United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Karen L. Lett  
    Debtor

Case No. 18-14565-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 24, 2023      Form ID: 138OBJ      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Karen L. Lett, 3 Tollgate Court, Sicklerville, NJ 08081-5669 |
| 14163103 | | Carisbrook Asset Holding Trust, Bankruptcy Department, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 14168091 | + | Carisbrook Asset Holding Trust, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14163105 | | N. J. Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695-0245 |
| 14212886 | | Ronald G. McNeil, Esquire, 1333 Race Street, Philadelphia, PA 19107-1585 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 24 2023 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14195683 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 24 2023 23:51:57 | AT&T CORP, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14250656 | | Email/Text: megan.harper@phila.gov | Aug 24 2023 23:54:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14175988 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 24 2023 23:52:20 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14165540 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 24 2023 23:51:57 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14187497 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2023 00:06:46 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14256556 | + | Email/Text: megan.harper@phila.gov | Aug 24 2023 23:54:00 | City of Phila., c/o PAMELA ELCHERT THURMOND, Water Revenue Bureau, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Phila., PA 19102-1663 |
| 14401100 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 24 2023 23:41:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14163104 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2023 23:41:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14163106 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 24 2023 23:41:00 | PA Dept. of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 14391261 | + | Email/Text: bncnotifications@pheaa.org | Aug 24 2023 23:41:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14193878 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 24 2023 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: 138OBJ | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | | Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14163107 | + Email/Text: megan.harper@phila.gov | | Aug 24 2023 23:54:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 14163108 | ^ MEBN | | Aug 24 2023 23:13:58 | RoundPoint Mortgage Servicing Corp., Customer Service, P.O. Box 19409, Charlotte, NC 28219-9409 |
| 14197199 | ^ MEBN | | Aug 24 2023 23:14:01 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6 & 8, Charlotte, NC 28217-1932 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2023 at the address(es) listed below:

**Name**            **Email Address**

BRIAN CRAIG NICHOLAS
  on behalf of Creditor Carisbrook Asset Holding Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
  on behalf of Creditor Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com

PAMELA ELCHERT THURMOND
  on behalf of Creditor BANKRUPTCY GROUP  MS CITY OF PHILADELPHIA LAW DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov, edelyne.jean-baptiste@phila.gov

RONALD G. MCNEIL, Esquire
  on behalf of Debtor Karen L. Lett r.mcneil@verizon.net

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Karen L. Lett

    Debtor(s)

Case No: 18−14565−amc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/24/23